IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES P. VERDREAM,

    Petitioner,

v.                                                     No. CIV 15-0070 JB/LAM

FNU TRACY,

    Respondent.

## ORDER TO CURE DEFICIENCY

    Petitioner submitted an application for a writ of habeas corpus [*Doc. 1*] on February 1, 2016. The Court has determined that Petitioner's filing is deficient; specifically, Petitioner has not paid the $5.00 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Petitioner must include the civil action number (CV 15-70 JB/LAM) of this case on all papers that he files in this proceeding. Failure to cure the designated deficiency **within thirty (30) days from entry of this order** may result in **dismissal** of this action without further notice.

    **IT IS THEREFORE ORDERED** that Petitioner cure the deficiency designated above **within thirty (30) days from the date of this order**.

    **IT IS FURTHER ORDERED** that the Clerk mail to Petitioner, together with a copy of this order, an Application to Proceed in District Court Without Prepaying Fees or Costs.

    **IT IS SO ORDERED.**

                                                                        _____
                                                                        UNITED STATES MAGISTRATE JUDGE
                                                                        LOURDES A. MARTÍNEZ